Exhibit "1"

County of Lancaster District Attorney 00372

def Copy



COMMONWEALTH OF PENNSYLVANIA
COUNTY OF LANCASTER

**Arrest Warrant**

Commonwealth of Pennsylvania
v.
Mawuyrayrassuna Emmanuel Yaogan Noviho

| | |
|---|---|
| Mag. Dist. No. : | MDJ-02-1-02 |
| MDJ Name : | Honorable David P. Miller |
| Address : | 2205 Oregon Pike<br>Lancaster, PA 17601 |
| Telephone : | 717-569-8774 |

| | | | |
|---|---|---|---|
| Complaint No: | 2012MT10942 | Issued For: | Mawuyrayrassuna Emmanuel Yaogan Noviho |
| Charging Officer: | Dissinger, Christopher M | Docket No: | MJ-02102-CR-0000227-2013 |
| Arresting Agency: | Manheim Township Police Dept | | |
| Case Filed: | 06/07/2013 | NCIC OFF: | 0909 |
| OTN: | T 336034-6 | OOC: | |
| Reason For Warrant: | Felony | WARRANT ID: | DIS702586084 |
| Offense Date: | 11/12/2012 | Warrant Control No: | 02102-AW-0000233-2013 |
| Lead Offense: | 75 § 3732 §§ A Homicide By Vehicle | | |

**TO THE AGENCY: Manheim Township Police Dept**

In the name of the Commonwealth of Pennsylvania, you are commanded to take the defendant, Mawuyrayrassuna Emmanuel Yaogan Noviho, into custody. When the defendant is taken into custody, bring the defendant before me at the Court address shown above to answer the complaint of Christopher M Dissinger charging the defendant with the offense(s) set forth above and further to be dealt with according to law.

Witness the hand and official seal of the issuing authority on this 7th day of June, 2013.



June 07, 2013
_____
Date

_____
Magisterial District Judge Miller







MJ-02102-CR-0000227-2013         02102-AW-0000233-2013         Mawuyrayrassuna Emmanuel Yac

MDJS 417                                                 1                    Printed: 06/07/2013 1:52:43PM