IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MAWUYRAYRASSUNA EMMANUEL NOVIHO** | : CIVIL ACTION :  : |
| v. | : NO.   15-3151 : |
| **LANCASTER COUNTY PENNSYLVANIA,** et al. | : : |

## O R D E R

**AND NOW,** this 16th day of February, 2016, following a status conference with counsel, it is hereby **ORDERED:**

1. All discovery shall be completed by no later than May 1, 2016.
2. That a status/settlement conference shall be held on **_Thursday, May 5, 2016 at 10:00 a.m._** in the Chambers of Judge Jeffrey L. Schmehl, Room 401, The Madison Building, 400 Washington Street, Reading, Berks County, Pennsylvania.

BY THE COURT:


/s/ Jeffrey L. Schmehl
JEFFREY L. SCHMEHL, J.