UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAWURAYRASSUNA EMMANUEL NOVIHO, | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Civil Action No. 15-cv-03151 |
| | : | |
| LANCASTER COUNTY PENNSYLVANIA: SCOTT F. MARTIN, TODD E. BROWN, and CHRISTOPHER DISSINGER, | : | Jury Trial Demanded |
| Defendants | : | |

## CERTIFICATE OF CONCURRENCE

I, Rolf E. Kroll, of the law firm of Margolis Edelstein, hereby certify that the concurrence of counsel in Defendant Dissinger's Motion for Leave to Attach Supplemental Exhibit to Motion to Dismiss Plaintiff's Complaint Pursuant to Rule 12(b)(6), has been sought and obtained.

Respectfully submitted,

MARGOLIS EDELSTEIN

Date: February 18, 2016        By: __/s/ Rolf E. Kroll_____
ROLF E. KROLL, ESQUIRE
PA. Attorney I.D. No. 47243
Attorney for Defendant Dissinger
3510 Trindle Road
Camp Hill, PA  17011
(717) 975-8114  Direct:  (717) 760-7502
Fax:  (717) 975-8124