# EXHIBIT "B" PART 13

Noviho's Exhibits 11, 12 and 13 had limited probative value relative to the conditions at the time of the crash and were also potentially confusing and prejudicial to the jury. Therefore, they were properly excluded in this case.

### III. Conclusion

For the reasons set forth above, this Court respectfully requests that the appeal of Mawuyrayrassuna Emmanuel Yaogan Noviho be denied.

Accordingly, I enter the following:

IN THE COURT OF COMMON PLEAS OF LANCASTER COUNTY, PENNSYLVANIA
CRIMINAL

COMMONWEALTH OF PENNSYLVANIA :

v. : No. 4200 - 2013

MAWUYRAYRASSUNA EMMANUEL :
YAOGAN NOVIHO :

## ORDER

AND NOW, this 7th day of April, 2015, the Court hereby submits this Opinion pursuant to Rule 1925(a) of the Pennsylvania Rules of Appellate Procedure.

BY THE COURT:

DAVID L. ASHWORTH
JUDGE

I certify this document to be filed in the Lancaster County Office of the Clerk of the Courts.

Joshua G. Parsons
Clerk of the Courts

ATTEST

Copies to: Susan E. Moyer, Assistant District Attorney
Robert Daniels, Esquire, 218 Pine Street, P.O. Box 886, Harrisburg, PA 17108-0886

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MAWURAYRASSUNA EMMANUEL NOVIHO,<br>　　　　Plaintiff<br><br>v.<br><br>LANCASTER COUNTY PENNSYLVANIA:<br>SCOTT F. MARTIN,<br>TODD E. BROWN, and<br>CHRISTOPHER DISSINGER,<br>　　　　Defendants | Civil Action No. 15-cv-03151<br><br>Jury Trial Demanded<br><br>Honorable Jeffrey Schmehl |

## ORDER

AND NOW, this _____ day of _____, 2016, upon consideration of the Motion of Defendant Christopher Dissinger for Leave to Attach a Supplemental Exhibit to his Motion to Dismiss Plaintiff's Complaint Pursuant to Rule 12(b)(6) (Doc. 12), it is NOW AND HEREBY ORDERED that Defendant's Motion is GRANTED and the Superior Court Order of February 17, 2016, with corresponding Opinion of the trial court, shall be attached as Exhibit "B" to Defendant Dissinger's Motion to Dismiss for consideration by the Court.

**BY THE COURT**

_____
　　　　　　　　　　　　　J.