UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAWURAYRASSUNA EMMANUEL NOVIHO, | : | Civil Action No. 15-cv-03151 |
| Plaintiff | : | |
| | : | Jury Trial Demanded |
| v. | : | |
| | : | Honorable Jeffrey Schmehl |
| LANCASTER COUNTY PENNSYLVANIA: SCOTT F. MARTIN, TODD E. BROWN, and CHRISTOPHER DISSINGER, | : | |
| Defendants | : | |

## ORDER

AND NOW, this _____ day of _____, 2016, upon consideration of the Motion of Defendant Christopher Dissinger for Leave to Attach a Supplemental Exhibit to his Motion to Dismiss Plaintiff's Complaint Pursuant to Rule 12(b)(6) (Doc. 12), it is NOW AND HEREBY ORDERED that Defendant's Motion is GRANTED and the Superior Court Order of February 17, 2016, with corresponding Opinion of the trial court, shall be attached as Exhibit "B" to Defendant Dissinger's Motion to Dismiss for consideration by the Court.

**BY THE COURT**

_____
J.