IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MAWUYRAYRASSUNA EMMANUEL NOVIHO** | : | CIVIL ACTION |
| | : | |
| v. | : | NO.   15-3151 |
| | : | |
| **LANCASTER COUNTY PENNNSYLVANIA,** et al. | : | |

# O R D E R

**AND NOW,** this 2nd day of June, 2016, upon consideration of the defendants' motions to dismiss and all responses and replies thereto, it is hereby **ORDERED:**

1. The motion of defendant Christopher Dissinger to dismiss [Doc. 12] is GRANTED.
2. The motion of defendants Lancaster County, Scott F. Martin and Todd E. Brown to dismiss [Doc. 17] is GRANTED.
3. The Complaint is DISMISSED with prejudice.

BY THE COURT:


**/s/ Jeffrey L. Schmehl**
JEFFREY L. SCHMEHL, J.