## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MAWUYRAYRASSUNA :
EMMANUEL NOVIHO, :
 :
  Plaintiff, : CIVIL ACTION NO.: 15-CV-03151
 :
V. :
 : JURY TRIAL DEMANDED
LANCASTER COUNTY, et al., :
 :
  Defendants. :

---

## <u>NOTICE OF APPEAL</u>

Notice is hereby given that Mawuyrayrassuna Emmanuel Noviho, Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Third Circuit from an Order entered in this action on the 3rd day of June, 2016, which dismissed the Complaint, with prejudice as to all Defendants.

    Respectfully submitted,

    /s/ George A. Reihner
    George A. Reihner
    Frank J. Tunis, Jr.
    WRIGHT & REIHNER, P.C.
    148 Adams Avenue
    Scranton, PA 18503
Dated: July 1, 2016   Attorneys for Plaintiff

## <u>CERTIFICATE OF SERVICE</u>

I, George A. Reihner, hereby certify that I have caused to be served this day a true and correct copy of the Notice of Appeal on counsel listed below <u>via</u> the Electronic Filing System of this Court:

Rolf E. Kroll, Esquire
Margolis Edelstein
3510 Trindle Road
Camp Hill, PA 17011
rkroll@margolisedelstein.com

David J. MacMain, Esquire
The MacMain Law Group, LLC
101 Lindenwood Drive, Suite 160
Malvern, PA 19355
dmacmain@macmainlaw.com

Megan Kampf, Esquire
The MacMain Law Group, LLC
101 Lindenwood Drive, Suite 160
Malvern, PA 19355
mkampf@macmainlaw.com

/s/ George A. Reihner
George A. Reihner

Dated: July 1, 2016